IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| KAREN SOE<br><br>Plaintiffs<br><br>v.<br><br>SHERRY DONAWORTH, ET AL<br><br>Defendant | Case No.<br><br>Judge:<br><br>MOTION FOR LEAVE TO PROCEED ANONYMOUSLY |

Plaintiffs respectfully requests leave to proceed anonymously as "Karen Soe." The circumstances of this case are such that requiring Plaintiffs to proceed under their name would disclose confidential information, including education records protected from disclosure by the Family Educational Rights and Privacy Act ("FERPA"), 20 U.S.C. § 1232g; 34 CFR Part 99.

## MEMORANDUM

This Court has the discretion to allow a party to proceed anonymously under a pseudonym. *In re Polemar Constr. Ltd. P'ship*, 23 F. App'x 423, 425 (6th Cir. 2001). Under the Sixth Circuit approach, in exercising its discretion, this Court is required to balance the public's common law right of access to court proceedings against the interests of litigants in nondisclosure. *Id.* Plaintiff acknowledges that there is a strong public policy in favor of public access to judicial proceedings, however Plaintiff respectfully suggests that this case falls within the exception that parties are permitted to proceed under pseudonyms under certain circumstances. *Citizens for a Strong Ohio v. Marsh*, No. 04-3112, 123 F. App'x 630, at *636 (6th Cir. 2005). The Sixth Circuit has stated that this Court should consider, among other factors, whether a plaintiff "is challenging a governmental activity" and "whether

1

prosecution of the suit will compel the [party] to disclose information of the utmost intimacy." *Id. quoting Doe v. Porter*, 370 F.3d 558, 561 (6th Cir. 2004).[1]

In this case, the disclosure of Plaintiff's name would forever associate her with allegations of academic misconduct. Maintaining the confidentiality of students is consistent with federal policy as expressed by FERPA. The confidentiality of school disciplinary records has been well established. *See United States v. Miami Univ.*, 294 F.3d 797, 812 (6th Cir. 2002) (noting that Congress "intend[ed] to include student disciplinary records within the meaning of 'education records' as defined by the FERPA"). In *Roe v. Adams-Gaston*, S.D.Ohio No. 2:17-cv-945, 2017 U.S. Dist. LEXIS 181930, at *2 (Nov. 2, 2017), this Court permitted a student to proceed anonymously in a case involving a challenge to a school disciplinary action. This Court noted that anonymity may be appropriate where a plaintiff "is challenging a governmental activity" and disclose "education records protected from disclosure by [FERPA]." *See also Smith v. Bentley Univ.,* D.Mass. Civil Action No. 25-CV-12317-AK, 2026 U.S. Dist. LEXIS 13731, at *7-8 (Jan. 26, 2026) (noting that while "not independently dispositive" litigation which "arises from a university disciplinary process… implicates the background confidentiality regime" of FERPA).

---

[1] The Sixth Circuit describes the factors to be considered:

> (1) whether the plaintiffs seeking anonymity are suing to challenge governmental activity; (2) whether prosecution of the suit will compel the plaintiffs to disclose information 'of the utmost intimacy'; (3) whether the litigation compels plaintiffs to disclose an intention to violate the law, thereby risking criminal prosecution; and (4) whether the plaintiffs are children."

*Porter*, 370 F. 3d at 560, citing *Doe v. Stegall*, 653 F.2d 180, 185-86 (5th Cir. 1981). The Court may also consider whether a defendant would be forced to proceed with insufficient information to present their arguments against the plaintiff's case. *Id.* at 561.

2

Defendant will not suffer any harm by permitting Plaintiffs to proceed as anonymously, as Defendant is aware of the identity of Plaintiff and has a pre-existng obligation to maintain the confidentiality of educational records under FERPA.

*Wherefore*, Plaintiff should be granted leave to proceed anonymously.

                          Respectfully submitted,

                           /s/ Joshua Engel
Joshua Adam Engel (OH 0075769)
ENGEL AND MARTIN, LLC
4660 Duke Drive, Ste 101
Mason, OH 45040
(513) 445-9600
(513) 492-8989 (Fax)
engel@engelandmartin.com

3