**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| **KAREN SOE,** | : | **Case No. 1:26-cv-00267** |
| | : | |
| **Plaintiff,** | : | **Judge Douglas R. Cole** |
| | : | |
| **v.** | : | **Magistrate Judge Bowman** |
| | : | |
| **SHERRY DONAWORTH,** *et al.*, | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

## NOTICE OF APPEARANCE OF COUNSEL

Jada M. Colon of Taft Stettinius & Hollister LLP hereby gives notice of her appearance as counsel for Defendants Sherry Donaworth, Krista Maddox, and John W. Weidner in the above-referenced action.

Respectfully submitted,

*/s/ Jada M. Colon*
Philip D. Williamson (0097174)
Jada M. Colon (0099048)
Taft Stettinius & Hollister LLP
301 East Fourth Street, Suite 2800
Cincinnati, Ohio 45202
Telephone: (513) 381-2838
Fax: (513) 381-0205
pwilliamson@taftlaw.com
jcolon@taftlaw.com

*Attorneys for Defendants*

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on April 6, 2026, I filed the foregoing using the Court's CM/ECF system, which will send electronic notice of such filing to all parties of record.

*/s/ Jada M. Colon*